Nada I. Shamonki (205359)
nishamonki@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East
Suite 300
Los Angeles, CA 90067
Telephone: 310 586 3200

Marc Abrams (*Admitted pro hac vice*)
mlabrams@mintz.com
Matt Phillips (*Admitted pro hac vice*)
mphillips@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
919 Third Avenue
New York, NY 10022
Telephone: 212 692 6775

Attorneys for Petitioner,
Fletcher Reinsurance Company

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FLETCHER REINSURANCE COMPANY, f/k/a MAIDEN REINSURANCE NORTH AMERICA, a Missouri corporation,<br><br>Petitioner,<br><br>v.<br><br>WESTERN GENERAL INSURANCE COMPANY, a California corporation in liquidation,<br><br>Respondent. | Case No. 2:23-cv-4113 SPG (MRWx)<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>Petition Filed: May 26, 2023<br>Trial Date: Not Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Petitioner Fletcher Reinsurance Company, f/k/a Maiden Reinsurance North America ("Petitioner"), and Respondent Western General Insurance Company ("Respondent) (together, the "Parties"), hereby stipulate, through their respective counsel of record, to dismiss this action without prejudice in its entirety as to all parties and all claims for relief, with all parties to bear their own costs.

DATED: July 20, 2023            MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

                                By:    */s/ Nada I. Shamonki*
                                       Nada I. Shamonki
                                       Marc L. Abrams
                                       Matt Phillips
                                       *Attorneys for Petitioner*
                                       *Fletcher Reinsurance Company*

DATED: July 20, 2023            ROB BONTA
                                Attorney General of California
                                LISA W. CHAO
                                Supervising Deputy Attorney General

                                By:    */s/ Douglas J. Beteta*
                                       Douglas J. Beteta
                                       Deputy Attorney General
                                       *Attorneys for Insurance Commissioner*
                                       *of the State of California, in his capacity*
                                       *as the Liquidator of Respondent Western*
                                       *General Insurance Company*

2
JOINT STIPULATION OF DISMISSAL OF ACTION WITHOUT PREJUDICE

**Local Rule 5-4.3.4(a)(2)(i) Certification:**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby certify that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.